No. 81–5107.   TUCKER v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   Super. Ct. Ga., Butts County; and

No. 81–5338.   STRAIGHT v. FLORIDA.   Sup. Ct. Fla. Certiorari denied.   Reported below: No. 81–5338, 397 So. 2d 903.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–5136.   EDWARDS v. OHIO.   Ct. App. Ohio, Montgomery County.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.

No. 80–1322.   FAMILIA DE BOOM ET AL. v. AROSA MERCANTIL, S. A., ET AL., 451 U. S. 1008.   Motion for leave to file petition for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 80–6647.   MCCOLPIN v. LAMUNYON, *ante*, p. 842; and

No. 81–5051.   IN RE MCGEAN, *ante*, p. 869.   Petitions for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.